IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **MARC STANWYCK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00346-O-BP |
| § | |
| **CITY OF RHOME,** *et al.***,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that (1) the Individual Defendants' Motions to Dismiss (ECF Nos. 16, 18, 28, and 33) are **GRANTED**, and Plaintiff's claims against the Individual Defendants under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Genetic Information Non-Discrimination Act are **DISMISSED**; (2) the City of Rhome's Motion to Dismiss (ECF No.29) is **GRANTED**, Plaintiff's claims against the City under Title VII, the ADEA, and GINA for incidents that occurred before March 30, 2023 are **DISMISSED**, and Plaintiff's claims against the City under Title VII, the ADEA, and GINA for incidents that occurred on or after March 30, 2023 are **DISMISSED** with leave to amend; and (3)

Plaintiff's claims under the Health Insurance Portability and Accountability Act are **DISMISSED without prejudice**.

If Plaintiff wishes to amend his Complaint (ECF No. 1) to address the legal deficiencies identified in the United States Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 36) as to his claims against the City of Rhome for violations of Title VII, ADEA, or GINA that occurred on or after March 30, 2023, he **SHALL FILE** a First Amended Complaint on or before fourteen days from the date of this Order.

**SO ORDERED** on this **21st day** of **April, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**